IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3104 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRELL LEE JONES, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the defendant,

IT IS ORDERED that the Judgment is amended. (*See* filing 43, at CM/ECF p. 2 (recommendation 3).)  That is, the recommendation to the Bureau of Prisons that the defendant be placed at Englewood, Colorado is withdrawn.  However, the undersigned continues to recommend to the Bureau of Prisons that the defendant be placed at Sandstone, Minnesota. (*Id.*)  The Clerk shall provide a copy of this order to USPO Craig Ford, counsel of record and the United States Marshals Service.  Mr. Ford shall provide a copy of this order to Bureau of Prison.

DATED this 9th day of February, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge